UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

-vs-   Case No 3:24-cr-251-MMH-SJH

**TERESA BRADY**   Defense Attys.: Henry M. Coxe, III, Esquire
   Brian T. Coughlin, Esquire

-and-

**RUBY GEORGE**   Defense Atty.: Reid Hart, Esquire
   John Phillips, Esquire

   AUSAs: Andrew Tysen Duva, Esquire
   Kelly S. Milliron, Esquire

| JUDGE | Samuel J. Horovitz U. S. Magistrate Judge | DATE AND TIME | 1/17/2025 11:35 a.m. – 12:06 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Barbara Rothermel | TAPE/REPORTER | Digital |
| INTERPRETER | None present | PRETRIAL/PROBATION | Kimberly Barrett |

CLERK'S MINUTES

**PROCEEDINGS:**   **INITIAL APPEARANCE/ARRAIGNMENT/BOND HEARING**

**Initial Appearance/Arraignment:**

Defendants self-surrendered today.

Defendants advised of rights, charge, penalties, special assessment and forfeiture provision.

Defendants entered pleas of not guilty as to all Counts of the Indictment.

Government to provide discovery by the end of the day on: **January 24, 2025**

Discovery motions to be filed by: **February 7, 2025**

Dispositive/Suppression motions to be filed by: **February 7, 2025**

Jencks Act Material/Witness List: **5 calendar days before trial**

Status: **February 18, 2025, at 3:00 p.m., before the Honorable Marcia Morales Howard.**

Trial: **March 3, 2025, at 9:00 a.m. before the Honorable Marcia Morales Howard.**

**Standing Order to enter.**

**<u>Bond Hearing:</u>**

Government's oral motion for bond as to both Defendants is **GRANTED.**

**Orders Setting Conditions of Release to enter.**

As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the Defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny.   Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

**FILED IN OPEN COURT:**
    **Notice of Acceptance of General Discovery**