## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA            CASE NO. 3:24-cr-251-MMH-SJH

v.

TERESA BRADY
RUBY GEORGE

Counsel for Government:                Counsel for Defendants:
Tysen Duva                             Hank Coxe
Kelly Milliron                         Reid Hart

## HONORABLE MARCIA MORALES HOWARD
## UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Jodi L. Wiles            Court Reporter: Katharine Healey

## CLERK'S MINUTES

**PROCEEDINGS OF:   CRIMINAL STATUS CONFERENCE**

The parties jointly move to continue the trial.

Joint ore tenus motion to continue the trial is **GRANTED**.   For the reasons stated on the record during the hearing, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendant in a speedy trial.   As Defendants are joined for trial, all time from now until the end of the June 2025 trial term shall be excludable time.

        **CASE RESET:**
        **Status:**         **May 19, 2025, at 3:00 p.m.**
        **Trial Term:**     **June 2, 2025, at 9:00 a.m.**

Plea agreement deadline set for **May 27, 2025**.

Date: February 18, 2025        Time: 3:21 p.m. – 3:24 p.m.        Total: 3 Minutes