UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

*v.*

**TERESA BRADY**

Case no. 3:24-cr-00251-MMH-MCR

### UNOPPOSED MOTION TO CONTINUE PLEA DEADLINE

Counsel for the Defendant seeks to continue the plea deadline to October 9, 2025, and in support shows:

1.      The plea deadline is currently October 7, 2025.

2.      The parties have been working diligently through the last month, including through last weekend in an effort to reach agreement and expect to reach agreement or final impasse today.

3.      Lead defense counsel (Mr. Coxe) is currently in trial, and asks to have two days to review the changes to the document since Friday.

4.      The United States of America, through Assistant U.S. Attorney Kelly S. Milliron, has authorized the undersigned to represent that the government agrees with the relief.

WHEREFORE, the Defendant seeks to continue the plea deadline to October 9, 2025.

Respectfully submitted this 6th day of October 2025.

THE BEDELL FIRM

By: /s/ Allan F. Brooke II
     Henry M. Coxe III
     Florida Bar No. 0155193
     E-Mail: *hmc@bedellfirm.com*
     Brian T. Coughlin
     Florida Bar No. 713732
     E-Mail: *btc@bedellfirm.com*
     Allan F. Brooke II
     Florida Bar No. 994413
     E-Mail: *afb@bedellfirm.com*
     101 East Adams Street
     Jacksonville, Florida 32202
     Telephone: (904) 353-0211
     Facsimile: (904) 353-9307

Attorney for Teresa Brady